In the Matter of the Claim of EMILY MOONEY, Respondent, against WITHERBEE SHERMAN CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.